Matter of Dhir v Winslow (2024 NY Slip Op 00530)

Matter of Dhir v Winslow

2024 NY Slip Op 00530

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND DELCONTE, JJ.

864 CAF 21-01415

[*1]IN THE MATTER OF SIRBARINDER DHIR, PETITIONER-APPELLANT,
v
RAIMOND WINSLOW, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

DAVID J. PAJAK, ALDEN, FOR PETITIONER-APPELLANT.
EASTON THOMPSON KASPEREK SHIFFRIN LLP, ROCHESTER (DAVID M. ABBATOY, JR., OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), dated August 25, 2021, in a proceeding pursuant to Family Court Act article 8. The order vacated an order of protection which was issued on behalf of petitioner as against respondent and dismissed the petition without prejudice. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see generally Matter of Schultz v Schultz [appeal No. 2], 107 AD3d 1616, 1616 [4th Dept 2013]; Matter of Kristine Z. v Anthony C., 43 AD3d 1284, 1284-1285 [4th Dept 2007], lv denied 10 NY3d 705 [2008]).
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court